**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AUTUMN MONTGOMERY** | | **CIVIL ACTION** |
| **VERSUS** | | **NO. 19-2208** |
| **WAITR HOLDINGS INC.** | | **SECTION "L" (3)** |

## ORDER

Considering Defendant's Motion to Compel Arbitration, R. Doc. 16, and Plaintiffs' Motion to Certify Class, R. Doc. 37;

**IT IS ORDERED** that both Motions be and hereby are **DENIED WITHOUT PREJUDICE** as premature, reserving the rights of the parties to re-file, if necessary, at a later date.

New Orleans, Louisiana this 31st day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE