MINUTE ENTRY
FALLON, J.
AUGUST 2, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUTUMN MONTGOMERY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-2208** |
| **WAITR HOLDINGS INC.** | **SECTION "L" (3)** |

A telephone status conference was held on this date from the Chambers of Judge Eldon E. Fallon. Christopher Zaunbrecher participated on behalf of Plaintiffs. Erin Pelleteri participated on behalf of Defendant. The parties discussed the status of the case. Accordingly,

**IT IS ORDERED** that a telephone status conference is hereby **SCHEDULED** for September 10, 2019 at 8:30 a.m. The Court will initiate the call.

JS10 (00:05)