UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUTUMN MONTGOMERY AND NATESHUS JACKSON** | **CIVIL ACTION NO.: 2:19-CV-02208** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **WAITR HOLDINGS, INC.** | **MAGISTRATE JUDGE DOUGLAS** |

_____

**CONSENT MOTION TO CONSOLIDATE
FOR SETTLEMENT PURPOSES**

NOW INTO COURT through undersigned counsel come Autumn Montgomery and Nateshus Jackson (the "Movants"), the named Plaintiffs in the above captioned action ("the *Montgomey* action"), and with the consent and agreement of Jualeia Halley and Heather Gongaware (the "*Halley* Plaintiffs"), the named Plaintiffs in C.A. No. 2:19-cv-01800 ("the *Halley* action"), and defendant in both the *Montgomery* action and the *Halley* action, Waitr Holdings Inc. ("Waitr"), move the court for the entry of an Order consolidating the *Montgomery* action and the *Halley* action for settlement purposes only. In support of their request, Movants aver as follows:

1. Plaintiffs in the *Montgomery* and *Halley* actions allege Waitr, the defendant in both actions, has a policy and practice of failing to compensate its delivery drivers for the use of their personal vehicles, in violation of the Fair Labor Standards Act, §§ 26 U.S.C. 201 – 219 ("FLSA"), certain state wage payment laws, and under the doctrine of unjust enrichment.

2. Movants and the *Halley* plaintiffs represent that the *Montgomery* and *Halley* actions involve common questions of law and fact.

1

3. The Movants, the *Halley* plaintiffs, and Waitr have reached an agreement to settle the claims asserted in both actions under terms set forth in a joint Settlement Agreement which has been executed by the Parties. Per the terms of the Settlement Agreement, Waitr will file a Motion for Preliminary Approval which seeks approval of the terms of the settlement and provisional certification of a Fair Labor Standards Act collective action and Rule 23 settlement class which includes the named Plaintiffs and prospective class members in both actions.

4. The proposed Settlement Agreement resolves all of the claims asserted in the *Montgomery* and the *Halley* actions.

5. Under F.R.C.P. Rule 42(a), where separate actions before the court involve common questions of law or fact, the court may (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.

6. Preliminary approval of the proposed settlement will trigger a series of interactions involving the Court, the named Plaintiffs and prospective class members in both actions, including but not limited to approval of Notice to Settlement Class Members, the filing of Claim Forms, opt out statements, objections to settlement, claims for service awards and attorney fees and expenses, and a fairness hearing.

7. Consolidation of the actions for settlement purposes will avoid unnecessary duplication of pleadings, reduce the number and frequency of communications required to bring the matters to conclusion, and thereby minimize unnecessary cost or delay.

8. In the event claims in the consolidated actions are not resolved by settlement, Movants and the *Halley* plaintiffs may individually then petition the Court to sever the *Montgomery* action and the *Halley* action to their original cause numbers so that they may proceed through litigation and trial as separate actions.

9. Waitr has no opposition to the consolidation of these actions for settlement purposes, and consents to the filing and granting of this Motion.

WHEREFORE, Movants pray for an Order consolidating the above captioned action (the *Montgomery* action) and the *Halley* action for settlement purposes.

Respectfully submitted,

**MOVANT:**

BY: */s/Christopher L. Zaunbrecher*_____
 CHRISTOPHER L. ZAUNBRECHER (09546)
 **BRINEY FORET CORRY, LLP**
 413 Travis Street, Suite 200
 Post Office Drawer 51367
 Lafayette, Louisiana 70505-1367
 Telephone: (337) 456-9835
 Facsimile: (337) 233-8719
 E-mail: zaunbrecher@brineyforet.com

ATTORNEY FOR PLAINTIFFS
AUTUMN MONTGOMERY, NATESHUS JACKSON,
*ET AL.*, PLAINTIFFS IN C.A. NO. 2:19-CV-02208

**AGREED AND CONSENTED TO:**

BY: */s/ Philip Bohrer*
PHILIP BOHRER (#14089)
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
E-mail: phil@bohrerbrady.com


BY: */s/ Austin W. Anderson*
AUSTIN W. ANDERSON (Texas Bar No. 24045189)
CLIF ALEXANDER (Texas Bar No. 24064805)
LAUREN BRADDY (Texas Bar No. 24071993)
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284
E-mail: clif@a2xlaw.com
E-mail: austin@a2xlaw.com
E-mail: lauren@a2xlaw.com

ATTORNEYS FOR
JUALEIA HALLEY, HEATHER GONGAWARE, *ET AL.*,
PLAINTIFFS IN C.A. NO. 2:19-CV-01800


BY: */s/Erin Pelleteri Howser*
STEVEN F. GRIFFITH, JR. (27232)
ERIN PELLETERI HOWSER, T.A. (30666)
LAURA E. CARLISLE (33760)
EMILY OLIVIER KESLER (37747)
**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
E-mail: sgriffith@bakerdonelson.com
E-mail: epelleteri@bakerdonelson.com
E-mail: lcarlisle@bakerdonelson.com
E-mail: ekesler@bakerdonelson.com

ATTORNEYS FOR DEFENDANT,
WAITR HOLDINGS INC.

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants.

/s/Christopher L. Zaunbrecher