UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUTUMN MONTGOMERY** **AND NATESHUS JACKSON** | **CIVIL ACTION NO.: 2:19-CV-02208** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **WAITR HOLDINGS, INC.** | **MAGISTRATE JUDGE DOUGLAS** |

_____

## **ORDER**

Considering the foregoing Consent Motion to Consolidate for Settlement Purposes (the "Motion") filed by plaintiffs Autumn Montgomery and Nateshus Jackson with the consent and agreement of Jualeia Halley and Heather Gongaware, (the named Plaintiffs in C.A. No. 2:19-cv-01800, the *Halley* Action), and defendant Waitr Holdings Inc. (defendant in both actions);

IT IS ORDERED:

1. The Motion is GRANTED.

2. IT IS FURTHER ORDERED that the action captioned *Autumn Montgomery and Nateshus Jackson, et al., versus Waitr Holdings, Inc.*, Civil Action No. 2:19-cv-02208, is hereby consolidated with *Jualeia Halley and Heather Gongaware, et al., versus Waitr Holdings, Inc. f/k/a Lancadia Holdings, Inc*., Civil Action No. 2:19-cv-01800 for settlement purposes only.

3. From the date of this Order, and until further orders of the Court, all papers filed in either of the actions consolidated by this Order shall be filed only in Civil Action No. 2:19-cv-01800, and shall bear the consolidated caption:

1

Jualeia Halley and Heather Gongaware, et al., versus Waitr Holdings, Inc. f/k/a Lancadia Holdings, Inc., Civil Action No. 2:19-cv-01800

*consolidated for settlement purposes only with*

Autumn Montgomery and Nateshus Jackson, et al., versus Waitr Holdings, Inc., Civil Action No. 2:19-cv-02208.

4.   The clerk will file copies of pleadings in docket No. 2:19-cv-02208 by order of the Court, on request of a party for good cause shown.

New Orleans, LA this _____ day of April, 2020.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE