UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AUTUMN MONTGOMERY AND NATESHUS JACKSON | * * | CIVIL ACTION NO. 19-1800 |
| | * | |
| Plaintiffs, | * * | SECTION "L" JUDGE FALLON |
| VERSUS | * * | |
| WAITR HOLDINGS, INC. | * | MAG. JUDGE DOUGLAS |
| Defendant. | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

Considering the foregoing Consent Motion to Consolidate for Settlement Purposes filed by Plaintiffs Autumn Montgomery and Nateshus Jackson, with the consent and agreement of Jualeia Halley and Heather Gongaware, (the named Plaintiffs in 19-cv-1800), and Defendant Waitr Holdings Inc., R. Doc. 76;

**IT IS ORDERED** that the Motion be and is **GRANTED**.

**IT IS FURTHER ORDERED** that the action captioned *Autumn Montgomery and Nateshus Jackson, et al., versus Waitr Holdings, Inc.,* No. 2:19-cv-02208, is hereby consolidated with J*ualeia Halley and Heather Gongaware, et al., versus Waitr Holdings, Inc. f/k/a Lancadia Holdings, Inc.*, No. 2:19-cv-01800 for settlement purposes only.

New Orleans, Louisiana, this 13th day of April, 2020.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE